# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | Honorable _____ |
| UNITED AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT UNITED AIRLINES, INC.'S NOTICE OF REMOVAL

Defendant United Airlines, Inc. ("United" or "Defendant"), by its undersigned attorneys, hereby submits this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 to remove the above-entitled action from the Circuit Court of Cook County, Illinois, which has been pending as 2021-L-006165 (the "State Court Action"), to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, United states as follows:

1. On June 15, 2021, Plaintiff Mary Ann Arnold ("Plaintiff" or "Arnold") filed a Complaint against Defendant in the Circuit Court of the Cook County, Illinois ("Complaint"). On December 9, 2021, Plaintiff filed an Amended Complaint against Defendant in the Circuit Court of the Cook County, Illinois ("Amended Complaint").

2. On December 13, 2021, the first and only summons was issued in this matter, and the Amended Complaint was served on Defendant on December 23, 2021. In accordance with 28 U.S.C. § 1446(a), copies of the service documents, the Summons, Complaint, and Amended Complaint filed in the State Court Action are attached as Exhibit 1.

3. The Amended Complaint contains four counts. In Counts 2 and 4 of the Amended Complaint, Plaintiff alleges that Defendant violated the Age Discrimination in

Employment Act of 1967, 29 U.S.C. § 621 *et seq.* ("ADEA"). Thus, Plaintiff's Amended Complaint creates a federal question. The Amended Complaint is the first pleading from which Defendant could first ascertain that the case is removable.

4. Accordingly, this action is one over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331. This action is therefore removable pursuant to 28 U.S.C. 1441(a).

5. In Counts 1 and 3, Plaintiff also alleges violations of the Illinois Human Rights Act, 775 ILCS 5/1-101 *et seq.* This Court has jurisdiction over those state law claims by virtue of 28 U.S.C. § 1367(a).

6. Removal to the Northern District of Illinois is proper because this district and division embraces Cook County, Illinois, where the State Court Action was filed.

7. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Amended Complaint, and is thus timely filed under 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of this filing to Plaintiff and shall serve a copy of this Notice with the Clerk of the Circuit Court of Cook County, Illinois, thereby effecting removal of this action to this Court.

WHEREFORE, Defendant requests that the State Court Action be removed to the United States District Court for the Northern District of Illinois, Eastern Division, and that the Court accept jurisdiction of this action.

Dated: January 24, 2022                     Respectfully submitted,

By:     /s/ Jasmine D. Morton
Alan S. King (ARDC # 6198223)
Noreen H. Cull, Esq. (ARDC # 6229417)
Jasmine D. Morton (ARDC No. # 6321171)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701
aking@rshc-law.com
ncull@rshc-law.com
jmorton@rshc-law.com

*Attorneys for Defendant United Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jasmine D. Morton, an attorney in the law firm of Riley Safer Holmes & Cancila LLP, certify that on January 24, 2022, I filed a copy of the foregoing document electronically using the Court's CM/ECF System, which will generate notice of this filing to all counsel of record and served the document via First-Class U.S. Mail to the following:

Sam Sedaei
Law Offices of Goldman & Ehrlich, Chtd.
10 S. La Salle Street, Suite 1800
Chicago, Illinois, 60603
(312) 332-6733
sam@goldmanehrlich.com

By:    /s/ Jasmine D. Morton
Jasmine D. Morton (ARDC #6321171)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701