IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-cv-00405 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Charles P. Kocoras |
| UNITED AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant United Airlines, Inc., by its undersigned attorneys, respectfully moves this Court for an extension of time to answer or otherwise plead to Plaintiff Mary Ann Arnold's Complaint. In support of this motion, Defendant states as follows:

1. On January 24, 2022, Defendant filed a Notice of Removal removing this action alleging employment discrimination to federal court.

2. Defendant's answer or other responsive pleading to the Complaint is due on January 31, 2022.

3. Counsel for Defendant have recently been retained for this matter, and Defendant respectfully requests that the Court extend the deadline for Defendant to answer or otherwise plead to Plaintiff's Complaint by 30 days, until March 2, 2022.

4. Counsel for Plaintiff was contacted and stated that he has no objection to this motion.

WHEREFORE, Defendant respectfully requests this Court grant Defendant an extension of time to file a responsive pleading to Plaintiff's Complaint until March 2, 2022.

Dated: January 26, 2022

Respectfully submitted,

By: /s/ Noreen H. Cull
Alan S. King (ARDC # 6198223)
Noreen H. Cull, Esq. (ARDC # 6229417)
Jasmine D. Morton (ARDC # 6321171)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701
aking@rshc-law.com
ncull@rshc-law.com
jmorton@rshc-law.com

*Attorneys for Defendant United Airlines, Inc.*

## CERTIFICATE OF SERVICE

I, Noreen H. Cull, an attorney in the law firm of Riley Safer Holmes & Cancila LLP, certify that on January 26, 2022, I filed a copy of the foregoing document electronically using the Court's CM/ECF System, which will generate notice of this filing to all counsel of record.

By:    /s/ Noreen H. Cull
Noreen H. Cull (ARDC #6229417)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701